# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA



FILED

OCT 0 4 2017

Clerk, U.S. District Court
District Of Montana
Billings

* * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA

vs.

**CHRISTOPHER RAY METZGER**       No. **CR 17-46-BLG-SPW**

DOB:___1975___       **PETITION TO OPEN JUVENILE RECORDS**

SSN:___XXX-XX-4605___

Whereas the above-name defendant entered a plea of _Guilty_ to the offense of _Concealing Person From Arrest, in violation of 18 U.S.C. § 1071_ in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_____
U.S. Probation Officer

October 3, 2017_____
Date

* * * * * * * * * *
**ORDER**
* * * * * * * * * *

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States District Judge

Dated this ___4th___ day of ___October___, 2017.