
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 17-46-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER RAY METZGER, | |
| Defendant. | |

Defendant Metzger has filed an unopposed motion to amend the judgment of March 16, 2018. Under Federal Rule of Criminal Procedure 36, it is appropriate to correct the judgment to accurately reflect the Court's intent at the time of sentencing. *See, e.g.*, *United States v. Ceballos*, 671 F.3d 852, 855 (9th Cir. 2011) (per curiam).

Accordingly, IT IS HEREBY ORDERED that Metzger's motion to amend the sentence (Doc. 40) is GRANTED. An amended judgment is entered separately.

DATED this 28th day of June, 2018.

Susan P. Watters
United States District Court