IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 17-46-BLG-SPW |
| --- | --- |
| Plaintiff/Respondent, | CV 18-97-BLG-SPW |
| vs. | ORDER |
| CHRISTOPHER RAY METZGER, | |
| Defendant/Movant. | |

On June 15, 2018, Defendant Metzger wrote a letter to the Court concerning his sentence. The letter was filed as a motion under 28 U.S.C. § 2255 because it appeared to allege a claim of ineffective assistance of counsel. On June 22, 2018, the Court advised Defendant Metzger he could proceed under 28 U.S.C. § 2255 and required him to state his intentions on or before July 25, 2018. *See* Order (Doc. 38).

On June 28, 2018, the Court granted a motion by Metzger's counsel and entered an amended judgment to address the concerns Metzger had raised in his letter/motion. Metzger did not respond to the Order of June 22, 2018.

The Court concludes that Metzger does not intend to proceed at this time under 28 U.S.C. § 2255. His letter/motion will be dismissed without prejudice to any filing at a later time. *See, e.g., Slack v. McDaniel*, 529 U.S. 473, 487 (2000).

A certificate of appealability, if apposite, is denied because Metzger has not made a substantial showing that he was deprived of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, IT IS HEREBY ORDERED that Metzger's letter/motion (Doc. 37) is DISMISSED WITHOUT PREJUDICE. To the extent a certificate of appealability is apposite, it is DENIED. The clerk shall close the civil file by entering a judgment of dismissal.

DATED this 10th day of August, 2018.

Susan P. Watters
United States District Court